David KINEALY, Appellant,

v.

TREASURER OF MISSOURI AS CUSTODIAN OF SECOND INJURY FUND, Respondent.

No. ED 90582.

Missouri Court of Appeals, Eastern District, Division Five.

Sept. 23, 2008.

Michael Goldberg, St. Louis, MO, for appellant.

Levander Smith, Jr., St. Louis, MO, for respondent.

Before NANNETTE A. BAKER, C.J., CLIFFORD H. AHRENS, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

David Kinealy ("Claimant") appeals from a judgment of the Labor and Industrial Relations Commission ("the Commission") affirming the decision of the Administrative Law Judge awarding him permanent partial disability on his claim for disability resulting from a combination of injuries from a fall and several prior injuries. Claimant argues that the Commission erred in finding him permanently partially disabled rather than permanently totally disabled.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).